NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3187

BLAKE E. BARLOW,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Cynthia Rowe D'Antonio, The Law Offices of Smith & D'Antonio, of Oklahoma City, Oklahoma, argued for petitioner.

Maame A.F. Ewusi-Mensah, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3187

BLAKE E. BARLOW,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DA0752070344-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, PROST, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: October 20, 2008      / s /*Jan Horbaly*

Jan Horbaly, Clerk